DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| 003P08-3 | In the Matter of: Melvin Davis and Licurtis Reels v. Asa Buck, Sheriff, Carteret County | Petitioners' *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **06/04/2015** |
|---|---|---|---|
| 004P15 | State v. Robert Teon Ingram | Def's PDR Under N.C.G.S. § 7A-31 (COA14-406) | Denied **Ervin, J., recused** |
| 014P12-2 | State v. Jarrell Damont Wilson | 1. Def's Motion for Temporary Stay (COA14-638)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Petition for *Writ of Certiorari* to Review Order of COA | 1. Denied **05/21/2015**<br><br>2. Denied<br><br>3. Dismissed<br><br>4. Dismissed |
| 014P15 | In the Matter of Foreclosure of a Deed of Trust Executed by Courtney M. Powell aka Courtney Powell (Present Record Owner(s): Courtney M. Powell) in the Original Amount of $107,813.00 Dated November 12, 2008, Recorded in Book 6092 Page 635 Durham County Registry Substitute Trustee Services, Inc., Substitute Trustee | Respondent's PDR Under N.C.G.S. § 7A-31 (COA14-498) | Denied |
| 016P07-6 | State v. Joey Duane Scott | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Guilford County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |